IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USAA LIFE INSURANCE COMPANY,

    Plaintiff,

  v.

REBECCA ROMONEK; MATHEW LEV, a minor by and through his guardian REBECCA ROMONEK; KRISTINA GOTH; THE LEV FAMILY TRUST; AND ESTATE OF JAMES LEV,

    Defendants.

No. C 15-05582 WHA

**ORDER RE MOTION TO DISCHARGE PLAINTIFF AND STAKEHOLDER USAA LIFE INSURANCE COMPANY IN INTERPLEADER ACTION AND ORDER RE ATTORNEY'S FEES AND COSTS**

Based upon the stipulation of all claimants, the motion by plaintiff USAA Life Insurance Company for discharge (Dkt. No. 30) is **GRANTED**, on the condition that plaintiff cooperate with a potential deposition subpoena as set forth on the second page of Attorney Peter Daniel's submission (Dkt. No. 37). Plaintiff's motion for an award of attorney's fees and costs in the amount of $8,399.68 is **GRANTED**.

By **NOON ON MARCH 18, 2016**, plaintiff shall deposit interpleader funds in the amount of $1,491,600.32 with the Court's registry. Upon receipt of the deposit, plaintiff shall be dismissed with prejudice and released from liability to each defendant with respect to the subject matter of the instant interpleader action (subject to the condition regarding cooperation with potential deposition subpoenas stated above).

    **IT IS SO ORDERED.**

Dated: March 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE